UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Harley-Davidson Credit Corporation</u>

v.                                                                    Case No. 12-cv-374-SM

<u>RASair, LLC and Mark B. Galvin</u>

ENTRY OF DEFAULT AS TO
<u>RASair, LLC</u>

The above-named party having failed to respond within the time and in the manner provided by Fed. R. Civ. P. 12, default is herewith entered as to that party in accordance with Local Rule 55.1.

A damages hearing will be scheduled upon adjudication of all the remaining claims or parties.

By the Court,

/s/  *James R. Starr*

James R. Starr
Clerk of Court

Date: March 12, 2013

cc:     Daniel C. Fleming, Esq.
        Micci J. Weiss, Esq.
        Kenneth D. Murphy, Esq.
        Mark B. Galvin, pro se